IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | : | |
|---|---|---|
| E.R. Bakey, Inc., | : | Case No. 23-06297 |
| | : | Chapter 13 |
| | : | Hon. Judge Jacqueline Cox |
| Debtor. | : | |

## AFFIDAVIT OF HANY MORSY

Hany Morsy, under penalties as provided by law, hereby certifies that if sworn as a witness in the above-captioned action he could competently testify to the following and that the following statements are true and correct:

1. I am a Senior Vice President of Barrington Bank & Trust Company, N.A., a national banking association ("Barrington Bank").

2. I have over twenty (20) years of experience in the financial services industry.

3. As an officer of Barrington Bank, I am thoroughly knowledgeable regarding the procedures of Barrington Bank for maintaining records kept in the ordinary course of business.

4. I am familiar with Barrington Bank's records and loan documents related to the July 10, 2017 loan in the amount of $75,000 (the "Loan") that Barrington Bank made to an Illinois corporation named E.R. Bakey, Inc. (the "Debtor").

5. The Loan is evidenced in part by a Business Installment Loan Agreement dated July 10, 2017 in the amount of $75,000.00 (the "Note").

6. The Note was renewed and extended on July 8, 2020.

7. Barrington Bank has held and owned the Note since the date it was executed.

8. I have reviewed Barrington Bank's loan history for the Loan.

9. Barrington Bank has not received any payments from the Debtor since December 8, 2023.

Under penalties as provided by law I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify as aforesaid that I verily believe the same to be true.

**FURTHER AFFIANT SAYETH NOT.**

_____
Hany Morsy

Date: April 23, 2024